In re JOHN H. LIVINGSTON CO.

(Circuit Court of Appeals, Second Circuit. November 28, 1905.)

No. 49.

BANKRUPTCY—PROOF OF CLAIMS—PROCEDURE.

Where an order of a referee in bankruptcy sustaining the motion of a trustee to disallow a claim on the prima facie case made by the claimant is reversed, the matter should be sent back to the referee, if the trustee desires to submit evidence in opposition to the claim.

Appeal from the District Court of the United States for the Southern District of New York.

This cause comes here upon appeal from an order of the District Court, Southern District of New York, allowing the claim of Andrew J. Nellis against the bankrupt estate.

W. J. Barr, for appellant.
R. H. Barrett, for respondent.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The claim in question was considered by the referee, and such testimony in support of it as the claimant chose to adduce was presented by the claimant. At the close of the prima facie case the trustee moved that the claim be disallowed. The referee granted the motion and disallowed the claim. Upon appeal to the District Court the "referee's order [was] reversed and claim allowed as filed." We think this was error, because by such disposition of the cause the claim was allowed without any opportunity to the trustee to put in what proof he might be able to produce tending to controvert the case made by the claimant.

The order is reversed and cause remanded, with directions to allow the trustee to put in his proofs, and to pass upon the question upon all the testimony presented by both sides.